```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
JOEL JEANNITE,                  )
                                )
         Plaintiff,             )
                                )
              v.                )    C.A. No. 20-11842-WGY
                                )
MICHAEL AUDETT,                 )
                                )
         Defendant.             )
```

### ORDER

**December 11, 2020**

YOUNG, D.J.

On October 9, 2020, *pro se* litigant Joel Jeannite filed a complaint and an Application to Proceed in District Court without Prepayment of Fees or Costs ("Application"), a request which courts often refer to as a motion for leave to proceed *in forma pauperis*.

In an order dated October 16, 2020, the Court denied the motion without prejudice because Jeannite's financial affidavit, was insufficient.  The Court ordered Jeannite to pay the filing fee or file a renewed *in forma pauperis* motion.  The Court warned Jeannite that failure to respond to the order within 21 days could result in dismissal of the action without prejudice.

The deadline for complying with the Court's October 16, 2020 order has passed without any response from Jeannite.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

SO ORDERED.

                                                /s/ William G. Young
                                                WILLIAM G. YOUNG
                                                UNITED STATES DISTRICT JUDGE